**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Theophilus AKWEI, Defendant–**
**Appellant.**

No. 15–7915.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 26, 2016.

Theophilus Akwei, Appellant Pro Se. James Philip Gillis, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theophilus Akwei appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Akwei*, No. 1:11–cr–00199–JCC–6 (E.D.Va. Nov. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*